944 A.2d 753

**In Re: The Nomination Papers of Harold JAMES as Candidate for Representative in the General Assembly in the 186th Legislative District.**

**Appeal of: Mark L. Jones and Ronald R.H. Felder.**

Supreme Court of Pennsylvania.

April 11, 2008.

Lawrence M. Otter, Esq., Harrisburg, for Ronald R.H. Felder.

Lawrence M. Otter, Esq., Harrisburg, for Mark L. Jones.

John P. Sabatina, Esq., Sabatina & Associates, for Harold James.

Louis Lawrence Boyle, Esq., Pedro A. Cortez, PA Department of State—Office of General Counsel, for Pennsylvania Department of State.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD and MCCAFFERY, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of April, 2008, the Order of the Commonwealth Court is **AFFIRMED.**